# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STEVE SANDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-00304-JPM-HBG |
| v. ) | |
| ) | |
| JONES MEDIA, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Stipulation of Settlement and Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a), filed on October 28, 2020 (ECF No. 36),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Settlement and Voluntary Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, in accordance with the Stipulation of Settlement and Voluntary Dismissal, all Parties shall bear their own costs and attorneys' fees.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE

October 29, 2020
Date